UNITED STATES DISTRICT COURT

Thaddeus Williams,
    Petitioner

Cindi Curtin,
    Respondent

Case No: 2:13-CV-14636-DML-CEB
Hon. Lawson

**FILED**
NOV 18 2013
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

Motion to Amend Habeas Corpus Petition

Now comes Petitioner, THADDEUS WILLIAMS, pursuant to F.R.C.P Rule 15(1), praying that this Honorable Court Grant this motion to amend, with the issues not raised in the original pleadings. Any issues not raised in this petition filed by myself, please add to the petition filed by Staurt G. Friedman.

Thank you
Thaddeus Williams

11-12-13